IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID BARTZ,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                            Case No. 11-cv-123-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff attorney fees under the Equal Access to Justice Act in the amount of $6,500.00.

                        s/Peter Oppeneer                         2/12/2014
            Peter Oppeneer, Clerk of Court                     Date